# JPMorgan Chase & Co.

**Frederic L. Lieberman**
Executive Director/Assistant General Counsel
Legal and Compliance Department

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2012 ★
BROOKLYN OFFICE

May 29, 2012

C/M
ENDORSEMENT ON PAGE 2

Via ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Iacona v. JP Morgan Chase Bank, N.A.
            (U.S. Dist. Ct., E.D.N.Y., CV-12-2330 (BMC) (JO))

Your Honor:

    We represent Defendant JPMorgan Chase Bank, N.A. ("JPMC" or "Defendant"), incorrectly named as JP Morgan Chase Bank, AKA J.P. Morgan Chase Bank, Health Benefits in the above-entitled action. Defendant writes, pursuant to Section I.E of Your Honor's Individual Practices, to request a one week extension of Defendant's time to serve and file its motion to dismiss this action from May 30, 2012 to June 6, 2012.

    The original date for service of this motion, set by the Court's Order filed May 18, 2012, is May 30, 2012. This is the first request for an extension of Defendant's time to serve and file its motion to dismiss. The only other scheduled date is the date for service and filing of Plaintiff's opposition to the motion to dismiss, currently set for June 20, 2012. I called Plaintiff this morning to request his consent to this request, but was not able either to speak with him or to leave a message for him to call me.

    Defendant requests this extension for the following reasons: the Court's Order setting the May 30 filing date was posted on the ECF system at 5:24 p.m. on May 21, 2012. Since that time, I have been out of our office on business for a substantial portion of that time, i.e., I was out of the office all day on May 22, 2012 attending an arbitration before the Financial Industry Regulatory Authority in Hurtado v. Chase Investment Services Corp. (No. 11-00875), I attended a pre-trial conference on the morning of May 23, 2012 in Supreme Court, Nassau County, in McDuffee v. JPMorgan Chase Bank, N.A. (Index No. 20595/09), and I attended a preliminary

The Honorable Brian M. Cogan  
Page 2

May 29, 2012

conference on the morning of May 24, 2012 in Supreme Court, Queens County, in Persad v. JPMorgan Chase Bank, N.A. (Index No. 27555/10). In addition, I have had a number of matters to attend to during the times when I was in the office. As a result, I have not had adequate time to complete preparation of Defendant's motion to dismiss.

Accordingly, Defendant respectfully requests that the time for it to serve and file its motion to dismiss be extended from May 30, 2012 to June 6, 2012, and that Plaintiff's time to serve and file his opposition to the motion to dismiss be extended from June 20, 2012 to June 27, 2012.

Respectfully,

*[signature]*

FLL  
cc:   Emil Iacona (via Federal Express)

```
Request granted. Defendant's motion to dismiss due by 6/6/12;
plaintiff's opposition due by 6/27.

SO ORDERED.           May 29, 2012
```

/Signed by Judge Brian M. Cogan/

U.S.D.J.